```
                                    Entered on Docket
                                    February 26, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


The following constitutes the order of the Court.
Signed: February 26, 2020

_____
Charles Novack
U.S. Bankruptcy Judge

**PATRICIA WILSON**
California Bar No. 103593
**BANKRUPTCY LAW GROUP**
200 So. Virginia Street, 8th Floor
Reno, NV  89501
Tel:   916-836-8564
Fax:   888-843-7260
e-mail: PatriciaH@BankruptcyLG.com

Attorney for Creditors
Verlyn Benson and Anita Benson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In Re: | Case No: 19-10687 |
| ARCACHON PARTNERS, LLC, | Chapter 11 |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY CREDITORS VERLYN AND ANITA BENSON** |
| _____/ | Hearing:    February 14, 2020<br>Time:        10:00 a.m.<br>Courtroom: No. 215<br>                   1300 Clay Street, Oakland, CA 94612 |

      The Motion for Relief from Stay filed by Creditors Verlyn and Anita Benson pursuant to 11 U.S.C. §362(d)(2), as it pertains to the Residential Purchase Agreement executed by Jon Roleder on December 16, 2016, and subsequently transferred from him to Debtor Arcachon Partners, LLC, on property owned by the Bensons at 775 Deer Park Road, in the City

1

of St. Helena, County of Napa, State of California, which legal description is described in Attachment A hereto, came on for hearing on February 14, 2020, at 10:00 a.m., before the Honorable Charles Novack. Verlyn Benson was present and represented by Attorney Patricia Wilson. Debtor was represented by its attorney, Michael C. Fallon. Based upon the pleadings and oral argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Benson's Motion for Relief from Stay is GRANTED.

2. The automatic stay of 11 U.S.C. §362(a) is terminated forthwith in its entirety to allow Verlyn and Anita Benson, their successors, transferees, and/or assignees, to exercise all of their available state rights and remedies with respect to the property located at 775 Deer Park Road, St. Helena, California, the Residential Purchase Agreement executed by Jon Roleder and Verlyn and Anita Benson on December 16, 2016, and all addenda thereto.

3. This order is binding and effective despite any conversion of this bankruptcy to a case under any other chapter of the Bankruptcy Code.

** END OF ORDER **

# ATTACHMENT A

The East half of the Southwest quarter of the Southeast quarter of Section 18, Township 8 North, Range 5 West, Mount Diablo Base and Meridian. APN: 021-320-016

**COURT SERVICE LIST**